UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMIAH W. BALIK,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SPRINT, INC, et al.,<br><br>　　　　　Defendants. | Case No. 16-cv-05101-HSG<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**<br><br>Re: Dkt. No. 1 |

　　　　Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Lucy H. Koh for consideration of whether the case is related to *Balik v. City of Cedar Falls et. al.*, Case No. 16-4070-LHK.

　　　　**IT IS SO ORDERED.**

Dated: 9/21/2016

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge