1  HAROLD M. BRODY (SBN 84927)
   hbrody@proskauer.com
2  ROBERT A. ESCALANTE (SBN 270629)
   rescalante@proskauer.com
3  TRACEY L. SILVER (SBN 287745)
   tsilver@proskauer.com
4  PROSKAUER ROSE LLP
   2049 Century Park East, 32nd Floor
5  Los Angeles, California 90067.3206
   Telephone:   310-557-2900
6  Facsimile:   310-557-2193

7  *Attorneys for Defendant*
   *Sprint/United Management Co.*
8

9                    **UNITED STATES DISTRICT COURT**

10                   **NORTHERN DISTRICT OF CALIFORNIA**

11

| | |
|---|---|
| JEREMIAH W. BALIK,<br><br>                    Plaintiff,<br><br>     vs.<br><br>SPRINT/UNITED MANAGEMENT CO., TIME WARNER CABLE, INC., NEXT GENERATION WIRELESS, CITY OF CEDAR FALLS, IA & TELEPHONE AND DATA SYSTEMS, INC.<br><br>                    Defendants. | Case No. 3:16-cv-05101-HSG<br><br>**DEFENDANT SPRINT/UNITED MANAGEMENT CO.'S NOTICE OF MOTION AND MOTION TO STRIKE PORTIONS OF PLAINTIFF'S COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**<br><br>Date:  January 12, 2017<br>Time: 2:00 p.m.<br>Courtroom: 10<br>Judge: Honorable Haywood S. Gilliam, Jr.<br><br>Action Filed:  Sept. 2, 2016 |

---

**DEFENDANT SPRINT/UNITED MANAGEMENT CO.'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

2074/66816-139 CURRENT/62532136v2

## NOTICE OF MOTION AND MOTION TO DISMISS

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on January 12, 2017, at 2:00 p.m., or as soon thereafter as this motion may be heard, in Courtroom 10 of the above-entitled Court, located at 450 Golden Gate Avenue, San Francisco, California 94102, defendant Sprint/United Management Co. ("Sprint") will and hereby does move to strike portions of the Complaint of Jeremiah Balik ("Plaintiff").

This motion is made pursuant to Federal Rule of Civil Procedure 12(f) on the ground that the portion of the Complaint naming Patrick M. Gavin and Robert A. Escalante as defendants is immaterial, impertinent, or scandalous because Mr. Gavin and Mr. Escalante are not, in fact, defendants in this matter.

This Motion is based on this Notice of Motion and Motion to Strike, Plaintiff's Complaint, the pleadings, records, and files in this action, and on such other pleadings, evidence, and oral argument as may be presented at or before the hearing of the Motion.

DATED: November 1, 2016

PROSKAUER ROSE LLP
Harold M. Brody
Robert A. Escalante
Tracey L. Silver

By: _____*/s/ Harold M. Brody*_____
Harold M. Brody

Attorneys for Sprint/United Management Co.

---

1

**DEFENDANT SPRINT/UNITED MANAGEMENT CO.'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

2074/66816-139 CURRENT/62532136v2

## MEMORANDUM OF POINTS AND AUTHORITIES

Pursuant to Rule 12(f) of the Federal Rules of Civil Procedure, the court may strike from a pleading "any redundant, immaterial, impertinent, or scandalous matter."  "Impertinent matters consist of statements that do not pertain, and are not necessary to the issues in question. [Citation.]  Immaterial matter has no essential or important relationship to the claim for relief or the defenses being pleaded.  Scandalous matter bears no possible relation to the controversy or may cause the objecting party prejudice."  *City of L.A. v. Citigroup, Inc.*, 24 F. Supp. 3d 940, 956 (C.D. Cal. 2014) (internal quotations marks and citations omitted.)

Here, the Complaint's references to Patrick Gavin and Robert Escalante are immaterial, impertinent, and scandalous.  Specifically, Plaintiff states the following under the heading "Parties": "Defendants, Patrick M. Gavin, VP of Counsel, SPRINT, INC 6200 Sprint Parkway, Overland Park, KS 66251.  Robert A. Escalante Attorney at Law Proskauer 2049 Century Park East Suite 3200 Los Angeles, CA 90067 – 3206 310.284.5625f [sic] 310.557.2193 rescalante@proskauer.com."  Compl. at 3:1-5.  Neither Mr. Gavin nor Mr. Escalante, however, is a named defendant in Plaintiff's Complaint.  Thus, stating that Mr. Gavin and Mr. Escalante are defendants is patently false, and certainly bears no relation to the controversy.

Accordingly, Sprint respectfully requests that this Court strike the portion of the Complaint naming Mr. Gavin and Mr. Escalante as defendants, Compl. at 3:1-5, pursuant to Federal Rule of Civil Procedure 12(f).

DATED: November 1, 2016            PROSKAUER ROSE LLP
                                                                  Harold M. Brody
                                                                  Robert A. Escalante
                                                                  Tracey L. Silver

                                                By:  _____*/s/ Harold M. Brody*_____
                                                                    Harold M. Brody

                                                Attorneys for Sprint/United Management Co.

2

**DEFENDANT SPRINT/UNITED MANAGEMENT CO.'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

2074/66816-139 CURRENT/62532136v2