1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMIAH W. BALIK,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>SPRINT/UNITED MANAGEMENT CO., TIME WARNER CABLE, INC., NEXT GENERATION WIRELESS, CITY OF CEDAR FALLS, IA & TELEPHONE AND DATA SYSTEMS, INC.<br><br>　　　　　　Defendants. | Case No. 3:16-cv-05101-HSG<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT SPRINT/UNITED MANAGEMENT CO.'S MOTION TO STRIKE PORTIONS OF PLAINTIFF'S COMPLAINT**<br><br>Date: January 12, 2017<br>Time: 2:00 p.m.<br>Courtroom: 10<br>Judge: Honorable Haywood S. Gilliam, Jr.<br><br>Action Filed: Sept. 2, 2016 |

**[PROPOSED] ORDER GRANTING DEFENDANT SPRINT/UNITED MANAGEMENT CO.'S MOTION TO STRIKE PORTIONS OF PLAINTIFF'S COMPLAINT**

0047/66816-139 CURRENT/62470116v2

Defendant Sprint/United Management Co.'s ("Sprint") Motion to Strike Portions of Plaintiff's Complaint was heard on January 12, 2017, at 2:00 p.m. by this Court. Having considered all papers filed in support of and in opposition to the Motion, oral argument, and all other pleadings and papers on file herein, the Court finds as follows:

The Complaint's references to Patrick Gavin and Robert Escalante are immaterial, impertinent, and scandalous under Rule 12(f) of the Federal Rules of Civil Procedure.

Good cause appearing therefore, **IT IS HEREBY ORDERED THAT**:

Sprint's Motion to Strike Portions of Plaintiff's Complaint, Compl. at 3:1-5, is **GRANTED**.

DATED: _____       _____
                                                                                  HAYWOOD S. GILLIAM, JR.
                                                                                  United States District Judge

**[PROPOSED] ORDER GRANTING DEFENDANT SPRINT/UNITED MANAGEMENT CO.'S MOTION TO STRIKE PORTIONS OF PLAINTIFF'S COMPLAINT**

0047/66816-139 CURRENT/62470116v2