HOPE ANNE CASE (SBN 157089)
hcase@srclaw.com
SACKS, RICKETTS & CASE LLP
1900 Embarcadero Road, Suite 110
Palo Alto, CA 94303
Telephone: 650- 494-4950
Facsimile: 650- 847-1520

*Pro hac application forthcoming*
ADRIANNE C. MAZURA
Adrianne.Mazura@quarles.com
BRIAN A. HARTSTEIN
Brian.Haretstein@quarles.com
Quarles & Brady, LLP
300 N. LaSalle Street, Suite 4000
Chicago, Illinois 60654
Telephone: 312-715-5211
Facsimile: 312-632-1796

Attorneys for Defendant
Telephone and Data Systems, Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JEREMIAH W. BALIK,<br><br>   Plaintiff,<br><br>   vs.<br><br>SPRINT INC., et al.,<br><br>   Defendants. | NO. 16-CV-05101-HSG<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT TELEPHONE AND DATA SYSTEMS, INC.'S MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |

1  Having reviewed Telephone and Data System, Inc.'s Motion to Extend Time to
2  Answer or Otherwise Respond to Plaintiff's Complaint.
3  GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the Motion is
4  GRANTED and that TDS shall have until December 5, 2016 to answer or otherwise
5  respond to Plaintiff's Complaint.

7  Dated__11/10/2016___    By: _____
                               HON. HAYWOOD S. GILLIAM, JR.
8                              United States District Court Judge,
                               Northern District of California

[PROPOSED] ORDER
CASE NO. 16-CV-05101-HSG