Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jeremiah W. Balik<br><br>Plaintiff(s),<br><br>v.<br><br>Sprint Inc., et al.<br><br>Defendant(s). | Case No: 3:16-cv-05101-H<br><br>APPLICATION FOR<br>ADMISSION OF ATTORNEY<br>PRO HAC VICE<br>(CIVIL LOCAL RULE 11-3) |

I, Adrianne C. Mazura, an active member in good standing of the bar of Illinois, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Defendant Telephone & Data Systems, Inc in the above-entitled action. My local co-counsel in this case is Hope Anne Case, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 300 N. LaSalle Street, Suite 4000<br>Chicago, IL 60654-3406 | 1900 Embarcadero Road, Suite 110<br>Palo Alto, CA 94303 |
| MY TELEPHONE # OF RECORD:<br>(312) 715-5211 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(650) 494-4950 |
| MY EMAIL ADDRESS OF RECORD:<br>adrianne.mazura@quarles.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>hcase@srclaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 3122428.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:                                                                Adrianne C. Mazura
                                                                              APPLICANT

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Adrianne C. Mazura is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 12/9/2016                                           *[signature]*
                                                              UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

PRO HAC VICE APPLICATION & ORDER                                                 October 2012



ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION
of the
SUPREME COURT OF ILLINOIS
www.iardc.org

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, IL 60601-6219
(312) 565-2600   (800) 826-8625
Fax (312) 565-2320

3161 West White Oaks Drive, Suite 301
Springfield, IL 62704
(217) 546-3523   (800) 252-8048
Fax (217) 546-3785

Adrianne C. Mazura, Esq.
Quarles & Brady, LLP
300 N. LaSalle Street, Suite 4000
Chicago, IL 60654

Chicago
Wednesday, November 16, 2016

Re:   Adrianne Clarise Mazura
      Attorney No. 3122428

To Whom It May Concern:

We have received a request for written verification of the status of Adrianne Clarise Mazura for use by officials responsible for the review of the attorney's application for admission to the bar of another jurisdiction, or for a judicial position or for government employment. We have also received a Waiver and Authorization signed by the attorney. Pursuant to Commission policy, the following information is provided.

The records of the Clerk of the Supreme Court of Illinois and of this office reflect that Adrianne Clarise Mazura was admitted to practice law in Illinois on 11/3/1978; is currently registered with this Commission and in good standing as an Illinois attorney; has never been disciplined or the subject of a disciplinary proceeding in this state; and is not the subject of any pending disciplinary investigations.

Very truly yours,
Jerome Larkin
Administrator

By: _____
Darryl R. Evans
Senior Deputy Registrar

DRE