UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JEREMIAH W. BALIK,

    Plaintiff,

  v.

TIME WARNER CABLE, INC., et al.,

    Defendants.

Case No. 16-cv-05101-HSG

**ORDER OF DISMISSAL**

Re: Dkt. No. 65

On November 23, 2016, the Court dismissed with leave to amend pro se Plaintiff Jeremiah Balik's complaint. Dkt. No. 65. The Court informed Plaintiff that he would be permitted to file a first amended complaint ("FAC") within 21 days of the Court's order. *Id.* at 6. The Court also made clear that if Plaintiff failed to file an FAC within 21 days, the Court would dismiss the case with prejudice and close the file. *Id.* Plaintiff's time to file an FAC has passed, and the Court has not received an amended complaint.

Because Plaintiff did not file an amended complaint by the deadline (and has not done so to date), this action is DISMISSED WITH PREJUDICE. The Clerk shall enter judgment in favor of Defendants and close the file. Both parties shall bear their own costs of suit.

**IT IS SO ORDERED.**

Dated: 12/20/2016

                                                                           HAYWOOD S. GILLIAM, JR.
                                                                           United States District Judge