UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMIAH W. BALIK,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TIME WARNER CABLE, INC., et al.,<br><br>　　　　Defendants. | Case No. 16-cv-05101-HSG<br><br>**ORDER DENYING MOTION FOR RECONSIDERATION**<br><br>Re: Dkt. No. 79 |

On December 20, 2016, the Court dismissed Plaintiff Jeremiah W. Balik's purported discrimination action with prejudice and entered judgment in favor of Defendants. Dkt. Nos. 71, 72. Plaintiff appealed to the Ninth Circuit the next day. Dkt. No. 73. In response to a notice of referral from the Ninth Circuit, the Court issued an order revoking Plaintiff's *in forma pauperis* status. Dkt. No. 75. The Ninth Circuit later dismissed the appeal as frivolous under 28 U.S.C. § 1915(e)(2). *See* Dkt. No. 78. Plaintiff then filed a "Motion for IFP Reconsideration" with this Court on May 1, 2017. Dkt. No. 79. Because this motion is not properly before the Court, the Court DENIES the motion. The Court reminds Plaintiff that the Court dismissed this action with prejudice and entered judgment in favor of Defendants. Dkt. Nos. 71, 72. The case is now closed and no further filings will be accepted.

**IT IS SO ORDERED.**

Dated: 5/19/2017

　　　　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge